FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ Press ___

**FILED**

MAY 2 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NAME  TONY MABRY

PRISON NUMBER  D-90450

CURRENT ADDRESS OR PLACE OF CONFINEMENT  P.O. BOX 5004, Calipatria State
Prison:

CITY, STATE, ZIP CODE  Calipatria, CA. 92233

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TONY MABRY

(FULL NAME OF PETITIONER)

**PETITIONER**

v.

L.E. Scribner (Warden)

(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

**RESPONDENT**

and

The Attorney General of the State of
California, Additional Respondent.

Civil No '08 CV 0965 BEN LSP

(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY
HILL v. ALASKA, 297 F.3d 895, 897

(9TH Cir. 2002):
First Challenge to term
computation & release date:

1. Name and location of the court that entered the judgment of conviction under attack:
   Riverside County Superior Court:

2. Date of judgment of conviction:  4-17-91

3. Trial court case number of the judgment of conviction being challenged: CR37941

4. Length of sentence:    42 yrs. 8-months:

CIV 68 (Rev. Jan. 2006)

cv

5.  Sentence start date and projected release date: <u>Start: 6-11-1991</u>

    <u>projected release date 12-2-2018</u>

6.  Offense(s) for which you were convicted or pleaded guilty (all counts): _____

    <u>(PRINCIPAL-TERM/Count-4 246 PC) (Subordinate term/Cnt. 1/187</u>

    <u>PC) (Count 2/12021) ( 667 )</u>

7.  What was your plea? (CHECK ONE)

    (a) Not guilty      ☒

    (b) Guilty         ☐

    (c) Nolo contendere  ☐

8.  If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)

    (a) Jury       ☒

    (b) Judge only ☐

9.  Did you testify at the trial?

    ☒ Yes  ☐ No

### DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?

    ☒ Yes  ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:

    (a) Result: <u>N/A HILL V. ALASKA</u>

    (b) Date of result (if known): _____

    (c) Case number and citation (if known): <u>E009598 4TH, Appell. Dist.</u>

    (d) Names of Judges participating in case (if known)_____

    (e) Grounds raised on direct appeal: _____

           N/A

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:

    (a) Result: _____

    (b) Date of result (if known): _____

    (c) Case number and citation (if known): ____N/A A-D____

    (d) Grounds raised: _____

CIV 68 (Rev. Jan. 2006)

13. If you filed a petition for certiorari in the <u>United States Supreme Court</u>, please answer the following with respect to that petition:

    (a)  Result: _____

    (b)  Date of result (if known): _____

    (c)  Case number and citation (if known): _____

    _____N/A_____

    (d)  Grounds raised: _____

    _____

    _____

    _____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Superior Court</u>?
    ☐ Yes  ☐ No

15. If your answer to #14 was "Yes," give the following information:

    (a)  <u>California Superior Court</u> Case Number (if known):_____

    (b)  Nature of proceeding: _____

    (c)  Grounds raised: _____N/A_____

    _____

    _____

    _____

    (d)  Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes  ☐ No

    (e)  Result: _____N/A_____

    (f)  Date of result (if known): _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Court of Appeal</u>?
    ☐ Yes  ☐ No

    N/A

17. If your answer to #16 was "Yes," give the following information:

    (a) **California Court of Appeal** Case Number (if known):_____

    (b) Nature of proceeding: _____

    (c) Names of Judges participating in case (if known)_____
    _____

    (d) Grounds raised: _____ N/A _____
    _____
    _____

    (e) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☐ No

    (f) Result: _____

    (g) Date of result (if known): _____

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
    ☐ Yes  ☐ No

19. If your answer to #18 was "Yes," give the following information:

    (a) **California Supreme Court** Case Number (if known):_____

    (b) Nature of proceeding: _____
    _____

    (c) Grounds raised: _____ N/A _____
    _____
    _____
    _____
    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?

        ☐ Yes  ☐ No

    (e) Result: _____ N/A _____

    (f) Date of result (if known): _____

20.  If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the <u>**California Supreme Court**</u>, containing the grounds raised in this federal Petition, explain briefly why you did not:

`Im challenging my first term computation under Hill v.`
`Alaska: release date/illegal commitment:`

`This is (NOT) A conviction issue:`

## COLLATERAL REVIEW IN FEDERAL COURT

21.  Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    ☐ Yes ☒ No      (IF "YES" SKIP TO #22)
    (a)  If no, in what federal court was the prior action filed? `U.S.D.C. Southern Dist.`
       (i)  What was the prior case number? `08cv0467-JM-(AJB)`
       (ii)  Was the prior action (CHECK ONE):
              Denied on the merits?           ☐
              Dismissed for procedural reasons?  ☒
       (iii)  Date of decision:
    (b)  Were any of the issues in this current petition also raised in the prior federal petition?
        ☒ Yes ☐ No
    (c)  If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☐ Yes ☐ No

<u>CAUTION:</u>
  • **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.
  • **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.
  • **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

CIV 68 (Rev. Jan. 2006)

cv

REMEDIES FOR:                    ( E X H A U S T I O N )


Due to the fact that on the face of the petition petitioner
<u>raises a</u> first challenge to his (First-Term-Computation) &
(Release-Date) under: <u>HILL v. ALASKA</u>:



The application for authorization to file a second or successive
28 U.S.C. 2254 habeas corpus petition in a district court is
denied as unnecessary <u>due to the extent petitioner raises a
first challenge to the calculation of his release date, which
is not a second or successive petition under</u> 28 U.S.C.
2244(b)(3)(A).
SEE: <u>HILL V. ALASKA</u>, 297 F.3d 895, 897 (9TH. Cir. 2002)

Petitioners Responsive Burden:




Also petitioner is in the hopes that he is properly before this
"Southern District Of California" in which a sentence is being
executed, the district of confinement is the preferable forum.
See <u>Dunn v. Henman</u>. 875 F.2d 244, 249 (9TH. cir 1989) (Stating,
in 28 U.S.C. 2241 action, that the proper forum to challenge
the execution of a sentence is the distrisct where the prisoner
is confined.); <u>Russo v. Newland</u>, 2000 WL 194892. *1 (N.D.CAL.);
accord, In re Phelon, 2002 WL 31618536, *1 (N.D.CAL.); <u>Thomas
v. Hepburn</u>, 2001 WL 505916, *1 (N.D.CAL.); <u>McKnight v. Forman</u>
, 1997 WL 50267, *1 (N.D.CAL.).

Therefor, under Rule (9) of the rules governing 2254 petitioner
"PRAYS" that he is properly before this court.

- 6 -

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: Were petitioners 5TH. Amendment Rights violated when (CDCR) case analsyt subjected pet. to successive (in-error) "parole-date" computations ?

Supporting FACTS: There were 5-amended (un-verified) (AOJ) " Abstract Of Judgment" hearings all with term computations result-ing in erroneous conflicting calculations. Subjecting petitioners release-date to be computated by (CDCR) case analyst in error for 17-years. Dept. of Corrections/LPU-Legal Processing Unit, used the same in error legal-documentation for over 8-yrs. & present due to never attaining 5-different sets of (minute orders & sentencing transcripts) to determine an accurate parole date for petitioner after each hearing. Rendering the amended (abstracts) to be invalid & "only" documents used to be conducive to petitioners confinement & (NOT) to the accuracy of his parole-date. Severly violating pet. U.S. Const. 5TH. Amendment Rights: See appendix: A-1, 2, 3, 4 & app: B-1, 2, 3, 4- for invalid (AOJ'S) & documents providing scrutiny for un-verification-retired Judge (Macomber) during amend-ment hearings - calendar day for (12-9-99/no hearings): See app: C 8+yrs worth of "LPU" notices of in error legal documents....

5-8-14TH U.S.C.A.

Did you raise GROUND ONE in the California Supreme Court?

☐ Yes ☐ No. N/A  HILL V. ALASKA, 297 F.3d 895, 897 (9TH. Cir 2002)

If yes, answer the following: First Challenge To Term Computation & Release Date:

(1)  Nature of proceeding (i.e., petition for review, habeas petition): ___N/A___

(2)  Case number or citation: ___N/A___

(3)  Result (attach a copy of the court's opinion or order if available): ___N/A___

**(b) GROUND TWO:** Were petitioners U.S. Const. 8TH. Amendment Rights violated when CDCR-case analyst discovered that they were computating petitioners (term/release date-in error) knowingly ?

**Supporting FACTS:** Petitioners term should ave been terminated by (10-13-95) being that (CDCR) case analyst had (NOT) been able to (RECORD) a legitimate release date for petitioner during his first 5-years of detention.[1] Instead (LPU) case analyst continued to accept (invalid-still in error) legal documentation[2] causing petitioner to be subjected to cruel & unusual punishment multiple times over.[3]

U.S. Constitutional 8TH. Amendment

[1] See appendix: C-2...To view Dept. of Corrections/LPU-10-13-95 notice of (NOT) getting legal documents in time to record petitioners term...[2] See app. C-5: To view 8-6-98/Legal Status Summary printout unveiling case records analyst being aware of errors well after (10-13-95)....[2] See app.: B-4: For 12-13-95-AOJ-document, still in error after "LPU-notice"...[3] See all of appendix-C : To view a (recorded) time line of how long pet. release date been in error (knowingly) by the Dept. Of correct. (1992-to-1999)... See prison case file to see that current 2008 Legal Status Summary Printout still recognizing error in term...

5-8-14TH. U.S.C.A

**Did you raise GROUND TWO in the California Supreme Court?**

☐ Yes ☐ No.N/A **HILL v. ALASKA**, (9TH. Cir 2002) First challenge to
If yes, answer the following: term computation & release date:

   (1)  Nature of proceeding (i.e., petition for review, habeas petition): **N/A**

   (2)  Case number or citation: **N/A**

   (3)  Result (attach a copy of the court's opinion or order if available): **N/A**

**(c) GROUND THREE**: Was petitioner illegally committed into CDCR & term computed in error by way of "NON-legally" invalid "Abstract Of Judgment" documents ??? (FORGERIES) ????

**Supporting FACTS**: (6-6-91/AOJ) documents have no red filing stamps on either form that were used to commit petitioner into (CDCR) (6-11-91). The form recording the indeterminate-sentence is (NOT) an actual "1213.5 CR 292/document. This same invalid document was used again (May 26, 1992) & CDCR excepted both May 26, 1992/AOJ documents & re-computated petitioners term without a minute order & sentencing transcripts, to verify the validity of the 1992/AOJ'S. **1**

Not one set of AOJ-documents that have ever been used to hold pet. in CDCR, have (ALL) the red-filing stamps/written signatures/filing date stamp in upper right corner/stamp signature of name, on the entirety of anyone of the AOJ'S being used by CDCR, to hold petitioner in their custody. **2** See app. A, B & D **2"**

**1"** See appendix D-1, 2, 3: For both invalid NON 1213.5 forms & invalid/6-6-91/DSL 290 form: See app. **1"** B-1: For invalid 5-26-92 DSL 290-form, no red filing stamps, that accompanied the invalid/NON 1213.5/5-26-92 form; (ALL) having conflicting signatures & dates of signing witnessing parties.

**1"** See prison case file/CDC112, to see term recomputated 7-21-92 by way of invalid (5-26-92) AOJ-documents....

5-8-14TH. U.S.C.A.

**Did you raise GROUND THREE in the California Supreme Court?**

☐ Yes ☐ No. **N/A**   **HILL v. ALASKA** (9TH Cir 2002): First challenge
If yes, answer the following: **to** term computation & release date:

(1) Nature of proceeding (i.e., petition for review, habeas petition): _____ **N/A** _____

(2) Case number or citation: _____ **N/A** _____

(3) Result (attach a copy of the court's opinion or order if available): _____ **N/A**

**FOUR**

(c) **GROUND** : Is this scheme unconstitutional when (CDCR)
      violates their _own_ term computation policy when
      rearranging the terms recorded on the commitment documents
                              ? ? ? ?

**Supporting FACTS:**

(CDCR) computated petitioners term in a manner that should (NOT) have

proceeded his release-date beyond the original principal term of 7-yrs. **1**

(CDCR'S) _own_ realignment of pet. term/computation, after admitting to **3**

(NOT) being able to process pet. commitment documents on time, allows **2**

for (CDCR'S) continued computation of petitioners _entire_-terms in error,

despite the in-admissibility due to "time-constraints":

**1** See Appendix: "B-1" & "D-3": for petitioners _7 yr. term_...

**2** See app: "C-2"...For CDCR'S admittance of not being able to record pet.

commitment documents on time....

**3** See app: "C-4 & 5"...To view CDCR'S realignment of petitioners term-

computation....

Upon a prisoners commitment, (CDCR) case analyst must computate pet.

term by way of Abstract Of Judgment documents as well as sentencing

transcripts: **4**  (Computating term by way of (OPINION|S) is UN-
                    CONSTITUTIONAL): SEE PETITIONERS PRISON CASE FILE
                    FOR 1992 & 1994 - OPINIONS- USED TO Computate PET. TERM....

(CDCR) must (NOT) change the term recorded on the Abstract of Judgment: **4**

**4** PER DOM (CDCR):

**Did you raise GROUND THREE in the California Supreme Court?**

☐Yes ☐No N/A HILL V. ALASKA (9TH Cir 2002) First challenge
                    To term-computation & release date:
If yes, answer the following:

(1)  Nature of proceeding (i.e., petition for review, habeas petition):

(2)  Case number or citation:

(3)  Result (attach a copy of the court's opinion or order if available):

CIV 68 (Rev. Jan. 2006)

cv

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes  ☐ No

N/A

24. If your answer to #23 is "Yes," give the following information:

    (a)  Name of Court: _____

    (b)  Case Number: _____

    (c)  Date action filed: _____

    (d)  Nature of proceeding: _____

        _____

    (e)  Name(s) of judges (if known):_____

    (f)  Grounds raised: _____

        _____

        _____

        _____

        _____

N/A

    (g)  Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☐ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a)  At preliminary hearing: _____

        _____

    (b)  At arraignment and plea: _____

        _____

    (c)  At trial: _____

        _____

    (d)  At sentencing: _____

N/A

        _____

    (e)  On appeal: _____

    (f)  In any post-conviction proceeding: _____

        _____

    (g)  On appeal from any adverse ruling in a post-conviction proceeding: _____

        _____

CIV 68 (Rev. Jan. 2006)

cv

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes  ☐ No

N/A

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes  ☐ No

(a) If so, give name and location of court that imposed sentence to be served in the future:
_____

(b) Give date and length of the future sentence: _____ N/A _____
_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☐ Yes  ☐ No

N/A

28. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to proceed before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

29. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____

_MAY 18TH. 2008_

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____

SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_5-18-08_                    _Tony Mabry_

(DATE)                      SIGNATURE OF PETITIONER

( PRAYER FOR RELIEF )

1. Petitioner "PRAYS" that this Honorable-Court grant him relief from being illegally confined.

2. Petitioner request that it be (notarized) that he's been illegally committed into & confined by the "Department Of Corrections-CDCR".

3. Petitioner "PRAYS" that this Honorable Court "specify" all civil-rights violations that were committed against him.

4. Petitioner "PRAYS" that this court "specifies" that CDCR has been calculating his term in error with unverified documents.

Respectfully Submitted:

_Tony Mabry_

CIV 68 (Rev. Jan. 2006)

cv

# *VERIFICATION*

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

### (C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, _TONY MABRY_ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE _PETITIONER_ IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS _18TH._ DAY OF: _MAY_ 2008 AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) _Tony Mabry D-90450_
(DECLARANT/PRISONER)

---

## *PROOF OF SERVICE BY MAIL*

### (C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, _TONY MABRY_ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND (AM) NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002. CALIPATRIA, CALIFORNIA #92233-5002.

ON _5-18_ 2008 I SERVED THE FOREGOING: _PETITION FOR WRIT of HABEAS CORPUS - 33 PAGES + Proof of Service + Note to Clerk._

### (SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

TO: EDWARD J S
US DC SOUTHERN DISTRICT OF CALIF.
ROOM 4290
880 FRONT STREET
SAN DIEGO CA 92101-8900

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _5-18-2008_       _Tony Mabry_
(DECLARANT/PRISONER)

( A P P E N D I X - A )

A: 1 thru 4

appendix: A 1, 2, 3 , 4

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
4100 Main St.
Riverside, CA  92501


People of the State of California
Vs.                                    Case No. CR37941
TONY MABRY

MINUTE ORDER

===============================================================
Motion Set For CORRECTION OF ABSTRACT
  Date:.12/09/99      Time:   8:30 am      Dept/Div: 51
===============================================================
Charges:  1) 187 PC-F C, 2) 12021 PC-F C, 4) 246 PC-F C, 999) 667 PC-F T

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Honorable J. THOMPSON HANKS Presiding.
Clerk: S RUIZ
Court Reporter: B LANE
People Represented By J.RUIZ, DDA.
Defendant Represented By CDP-J. AQUILINA.
Defendant is Not Present.
At  8:50, the following proceedings were held:
Motion By Dept of Corrections Regarding Correction of Abstract
is called for hearing.
Upon review of minute order of sentencing and
abstract
Counsel Stipulate: Minute order is correct.
Counsel Stipulate: Abstract in incorrect..
Counsel Stipulate: Count 1 on abstract should read 25 years to
life   .
Motion Granted.
The Court orders Abstract corrected.
Defendant No Longer in custody for the reason: In custody of
Calif. Dept of Corrections.
  **MINUTE ORDER OF COURT PROCEEDING**


                                        Dispo



"This will be in red to be a
CERTIFIED COPY"

Each document to which this certificate
is attached is certified to be a full,
true and correct copy of the original
on file and of record in my office

ARTHUR A. SIMS, CLERK
Superior Court of California
County of Riverside

DEC 1 5 1999

RECEIVED
CSP - L.A. COUNTY
RECORDS OFFICE
00 MAR 15 PM 3:15

                                        App: A - 1

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT
## INDETERMINATE SENTENCE

FORM CR 292

☒ SUPERIOR
☐ MUNICIPAL
☐ JUSTICE

**COURT OF CALIFORNIA, COUNTY OF** RIVERSIDE

COURT (I.D.)
3 3 1 0 0 1

**BRANCH OR JUDICIAL DISTRICT:** SUPERIOR

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
DEC 15 1999

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA versus | ☒☒ PRESENT  CR37941 – A |
| DEFENDANT: TONY MABRY | – B |
| AKA: | ☐ NOT PRESENT  – C |
| COMMITMENT TO STATE PRISON | AMENDED  – D |
| ABSTRACT OF JUDGMENT | ABSTRACT ☒  5TH  – E |

| DATE OF HEARING (MO) (DAY) (YR) 031993 | DEPT. NO 62 | JUDGE ROBERT D MACOMBER | CLERK A HATTON |
|---|---|---|---|
| REPORTER G BREWER | COUNSEL FOR PEOPLE J RUIZ | COUNSEL FOR DEFENDANT CDP-J AQUILINA | PROBATION NO. OR PROBATION OFFICER |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

☒☒ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT 1 DSL290 (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION | | | CONVICTED BY | | | CONCURRENT | CONSECUTIVE | 654 STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MO | DAY | YEAR | JURY TRIAL | COURT TRIAL | PLEA | | | |
| 1 | PC | 187* | 1ST MURDER | 90 | 04 | 17 | 91 | X | | | | X | |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.: For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022.5 | 5 | | | | | | | | | 5 |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER: List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b), list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 667 | 5 | | | | | | | | | 5 |

4. Defendant was sentenced to State Prison for an indeterminate term:

A. ☐ For LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts _____  C. ☐ For 15 years to life, WITH POSSIBILITY OF PAROLE on counts _____

B. ☐ For LIFE WITH POSSIBILITY OF PAROLE on counts _____  D. ☒ For 25 years to life, WITH POSSIBILITY OF PAROLE on counts 1

E. ☐ Other term prescribed by law on counts _____ (Specify term on separate sheet if necessary.)

PLUS enhancement time shown above.

5. ☐ Indeterminate sentence shown on this abstract to be served  ☐ consecutive to  ☐ concurrent with any prior incompleted sentence(s).

6. Other Orders: (List all consecutive/concurrent sentence relationships, fines, etc. if not shown above)

RECEIVED
MAR 15 PM 3:15
APP – LA COUNTY
RECORDS OFFICE

(Use an additional page if necessary.)

7. ☒☒ The Court advised the defendant of all appeal rights in accordance with rule 470, California Rules of Court. (AFTER TRIAL, ONLY)

8. EXECUTION OF SENTENCE IMPOSED:

A. ☐ AT INITIAL SENTENCING HEARING   B. ☒☒ AT RESENTENCING PURSUANT TO DECISION ON APPEAL   C. ☐ AFTER REVOCATION OF PROBATION   D. ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))   E. ☐ OTHER _____

| 9. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR) 031993 | CREDIT FOR TIME SPENT IN CUSTODY 1356 | TOTAL DAYS INCLUDING: | ACTUAL LOCAL TIME 904 | LOCAL CONDUCT CREDITS -452 | STATE INSTITUTIONS ☐ DMH  ☐ CDC |
|---|---|---|---|---|---|

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:

☒☒ FORTHWITH   INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:   ☐ CALIF. INSTITUTION FOR WOMEN–FRONTERA   ☐ CCWF–CHOWCHILLA   ☒ CALIF. INSTITUTIONS FOR MEN–CHINO   ☐ DEUEL VOC. INST.

☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS   ☐ VACCO   ☐ SAN QUENTIN   ☐ R.J. DONAVAN

☐ OTHER (SPECIFY)

I hereby certify the foregoing to be a correct Abstract of the Judgment made in this action.

DEPUTY'S SIGNATURE _____   DATE _____   121599

* CLERK OF THE COURT *

**– App: A – 2**

This form is prescribed under Penal Code § 1213 to satisfy the requirements of § 1213 for indeterminate sentences. Attachments may be used but must be referred to in this document.

Form Approved by the Judicial Council of California Effective January 1, 1993

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT – INDETERMINATE
CR 292

Pen. C. § 12135

# >>class notes

## 1963

**Gene Elliot Goldman:** "I am old, fat and still practicing. How the hell did this happen? I am still married to the beautiful Bobbie, and we have seven grandchildren. I know how the hell that happened!"

**G. Dana Hobart:** "Still a member of the Rancho Mirage City Council. Still a 13 handicap."

**Ralph Horowitz:** "There is no plethora of interesting facts that I can remember 15 minutes after they happen."

**Jim Rogers** (LLM) is the new chancellor of the University and Community College System of Nevada, voted unanimously by the state board of regents in May.

**Donald Frederick Zimmer,** of Riverside, Calif., is semi-retired and is of counsel with the Riverside firm of Best, Best & Krieger, LLP. Don and wife, Cathy, spend much of their spare time visiting their three children and four grandchildren throughout California. "We send our best wishes to former class-mates!" he writes.

**William Perry Bennett:** "I am 'semi-retired': no office expenses, no salaries, no fringe employee benefits, etc. However, I am still counseling churches and other nonprofit religious/charitable organizations. See Web site at: www.thechurchcounsel.com."

**Robert D. Macomber:** "I retired in 1994 from 20 years' service on the bench at the Riverside Superior Court but have worked on assignment in various courts about six months each year since. The rest of my time is spent completing honey-do lists and enjoy-ing our grandchildren."

**Kenneth A. "Kenny" Rosskopf** practices personal injury law in Decatur, Ga., his home for the past 20 years. He is married and has four children, two grandchildren and one great grandchild. His law practice concen-trates on representing injured bicyclists. He is part of a national network of bicycle lawyers. Still bicycle racing at age 65, he finished sec-ond in the 2004 U.S. National Masters Championship Road Race in Park City, Utah. In 2001, Kenny founded a nonprofit bicycle recycling/transportation program, Decatur Yellow Bikes, Inc., www.dybikes.org, which

**Wendell Mortimer Jr.** continues to serve as a judge of the Los Angeles Superior Court. He is assigned to the Complex Litigation Program.

**John David Stoller:** "CPA at 20, attorney at 25 and pilot at 64. I have a son going to USC now and another to attend in three years. Any other pilots in our class?"

**Lawrence R. Young:** "Still feeding the home-less and the needy at the Adams Harbor Food Kitchen since I helped found it in 1991 — even more than practicing law. Currently seven murder cases and three attempt-murder cases are keeping me busy in my large law firm. Occasionally I go sailing. I take trips to exotic places like Cambodia; they add to life."

## 1966

**Phillip Feldman** has been an attorney for 38 years and is an author and lecturer on profes-sional liability and professional responsibility. He is board certified by the state of California, the American Bar Association, and the American Board of Professional Liability Attorneys in legal and medical malpractice. He serves as an expert witness throughout the

 

# Criminal Calendar

**Home**

| Calendar Date | | | | | | |
|---|---|---|---|---|---|---|
| < | December 1999 | | | | | > |
| S | M | T | W | T | F | S |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

☐ Use Calendar Control Records

   Calendar Control Group:  ()

Department: 51

   Only Show Hearings That Have Not Been Dispositioned

   Show All Hearings

   Close Sort Options

## Choose Up to Three Sort Criteria

(1) Defendant Name    Ascending

(2) Time    Ascending

(3) Time    Ascending

   Display Calendar

Open Results in the  Actions     Page

| Time | Case Number | Defendant Name | Description | Charges |
|---|---|---|---|---|

## No Matches

There are no cases scheduled for 12/09/1999 in department 51.

App: a – 4

( AP P E N D I X – B )


Appendix B: 1 thru 4

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT

FORM DSL 290

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **RIVERSIDE**

COURT I.D. **3,3,1,0,0**   BRANCH **RIVERSIDE**

| | | CASE NUMBER(S) |
|---|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA versus | XX PRESENT | CR 37941 - A |
| DEFENDANT: TONY MABRY | | - B |
| AKA: | ☐ NOT PRESENT | - C |
| COMMITMENT TO STATE PRISON | AMENDED | - D |
| ABSTRACT OF JUDGMENT | ABSTRACT XX | - E |

| DATE OF HEARING (MO) (DAY) (YR) 05 24 91 | DEPT. NO 07 | JUDGE ROBERT D. MACOMBER | CLERK R. ABILEZ |
|---|---|---|---|
| REPORTER G. BREWER | COUNSEL FOR PEOPLE JOHN RUIZ | COUNSEL FOR DEFENDANT JOHN AQUILINA | PROBATION NO. OR PROBATION OFFICER |

**1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS):**

☑ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT __2__ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | MO | DAY | YEAR | CONVICTED BY (JURY/COURT/PLEA) | | | SENTENCE RELATION | | | | | | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | PC 12021 | | FELON W/GUN | 90 | 04 | 17 | 91 | X | | | U | | | X | | | 0 | 8 |
| 04 | PC 246 | | SHOOT AT VEHICLE | 90 | 04 | 17 | 91 | X | | | DUF | PRINCIPAL | | | | | 7 | 0 |

**2. ENHANCEMENTS** charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC. For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add up time for enhancements on each line and enter the total in right-hand column.

| Count | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 12022.5PC | S | | | | | | | | | |
| 04 | 12022.5(a) | S | | | | | | | | | |

**3. ENHANCEMENTS** charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER. List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b) list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 667 PC | S | | | | | | | | | 5 0 |

**4. INCOMPLETED SENTENCE(S) CONSECUTIVE:**

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | |

**5. OTHER ORDERS** Both Enhancements ordered stayed not stricken.

Use additional sheets of plain paper if necessary.

**6. TOTAL TIME IMPOSED on ALL ATTACHMENT PAGES (FORM DSL 290-A):**

**7.** TIME STAYED TO COMPLY WITH 5-YEAR OR DOUBLE LIMIT ON SUBORDINATE TERMS, DOUBLE-BASED-TERM LIMIT, ETC. (Do not include § 654 stays or discretionary stays of term for enhancements.)

**8. TOTAL TERM IMPOSED:** 12 8

**9. EXECUTION OF SENTENCE IMPOSED:**

A. ☑ AT INITIAL SENTENCING HEARING   B. ☐ AT RESENTENCING PURSUANT TO DECISION ON APPEAL   C. ☐ AFTER REVOCATION OF PROBATION   D. ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))   E. ☐ OTHER

| 10. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR) 05 24 91 | CREDIT FOR TIME SPENT IN CUSTODY 360 | TOTAL DAYS INCLUDING: | ACTUAL LOCAL TIME 240 | LOCAL CONDUCT CREDITS 120 | STATE INSTITUTIONS ☐ DMH   ☐ CDC |
|---|---|---|---|---|---|

**11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:**

☑ FORTHWITH
☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS

INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:

☐ CALIF. INSTITUTION FOR WOMEN – FRONTERA
☐ CALIF. MEDICAL FACILITY – VACAVILLE
☐ SAN QUENTIN
☑ CALIF. INSTITUTION FOR MEN – CHINO
☐ DEUEL VOC. INST.
☐ OTHER (SPECIFY):

---

## CLERK OF THE COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE May 26, 1992 |
|---|---|

This form is prescribed under Penal Code §§ 1213.5 to satisfy the requirements of § 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted by the Judicial Council of California
Effective April 1, 1990

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT
FORM DSL 290

Pen.C. 1213.5

DISTRIBUTION:    PINK COPY – COURT FILE    YELLOW COPY – DEPARTMENT OF CORRECTIONS    WHITE COPY – ADMINISTRATIVE OFFICE OF THE COURTS

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT
## INDETERMINATE SENTENCE

FORM CR 292

☒ SUPERIOR
☐ MUNICIPAL
☐ JUSTICE  } **COURT OF CALIFORNIA, COUNTY OF** RIVERSIDE

COURT (I.D.)
3 3 1 0 0 1

**BRANCH OR JUDICIAL DISTRICT:** RIVERSIDE

PEOPLE OF THE STATE OF CALIFORNIA versus
**DEFENDANT:** TONY MABRY      ☒ PRESENT    CR37941    - A
AKA:      ☐ NOT PRESENT      - B

COMMITMENT TO STATE PRISON        - C
ABSTRACT OF JUDGMENT     AMENDED     - D
                ABSTRACT ☒     - E

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 03/18/93 | 62 | ROBERT D. MACOMBER | A. HATTON |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| G. BREWER | J. RUIZ | CDP-J. AGUILINA | |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
☐ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT _____ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY JURY TRIAL | COURT TRIAL | PLEA | CONCURRENT | CONSECUTIVE | 654 STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187* | 1ST MURDER | 90 | 04 | | 91 | X | | | | | |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.:
For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385.
Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022.5 | 5 | | | | | | | | | |
| 4 | 12022.5(A) | TO RUN CONSECUTIVE | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) AND OTHER:
List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b), list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 667 | 5 | | | | | | | | | 5 |
| Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |

4. Defendant was sentenced to State Prison for an indeterminate term:
A. ☐ For LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts _____   C. ☐ For 15 years to life, WITH POSSIBILITY OF PAROLE on counts _____
B. ☐ For LIFE WITH POSSIBILITY OF PAROLE on counts _____   D. ☒ For 25 years to life, WITH POSSIBILITY OF PAROLE on counts 1
E. ☐ For other term prescribed by law on counts _____   (Specify term on separate sheet if necessary.)
PLUS enhancement time shown above.

5. ☐ Indeterminate sentence shown on this abstract to be served ☐ consecutive to ☐ concurrent with any prior incompleted sentence(s).
6. Other Orders: (List all consecutive/concurrent sentence relationships, fines, etc. if not shown above)

   DEFENDANT SENTENCED TO STATE PRISON FOR TOTAL
   INDETERMINATE SENTENCE OF 42 YEARS TO LIFE.

   THE PRIOR SENTENCE PREVIOUSLY IMPOSED ON COUNTS 1,2, &44 IS VACATED.
   THE PRIOR SENTENCE PREVIOUSLY IMPOSED ON PRIOR 1 IS VACATED.
   COURT RESENTENCES DEFENDANT, MATTER HAVING BEEN RETURNED ON A REMITITUR
   FROM COURT OF APPEALS.

7. ☐ The Court advised the defendant of all appeal rights in accordance with rule 470, California Rules of Court. (AFTER TRIAL ONLY)

8. EXECUTION OF SENTENCE IMPOSED:
A. ☒ AT INITIAL SENTENCING HEARING   B. ☐ AT RESENTENCING PURSUANT TO DECISION ON APPEAL   C. ☐ AFTER REVOCATION OF PROBATION   D. ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))   B. ☐ OTHER

| 9 DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR) | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS | INCLUDING: | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | STATE INSTITUTIONS |
|---|---|---|---|---|---|---|
| 03/19/93 | 1,356 | | | 904 | 452 | ☐ DMH   ☐ CDC |

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
☐ FORTHWITH   INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:   ☐ CALIF. INSTITUTION FOR WOMEN—FRONTERA   ☐ CCWF—CHOWCHILLA   ☒ CALIF. INSTITUTIONS FOR MEN—CHINO   ☐ DEUEL VOC. INST.
☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS   ☐ WASCO   ☐ SAN QUENTIN   ☐ R.J. DONAVAN
☐ OTHER (SPECIFY)

**CLERK OF THE COURT**
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE |
|---|---|
| | MAY 14, 1993 |

— App: B - 2

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for indeterminate sentences. Attachments may be used but must be referred to in this document.

Form _____
Judicial Council of California
Effective January 1, 1993

Pen. C. § 1213.5

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – INDETERMINATE**
CR 292

DISTRIBUTION    PINK COPY—COURT FILE    YELLOW COPY—DEPARTMENT OF CORRECTIONS

ABSTRACT OF JUDGMENT - PRISON COMMITMENT - INDETERMINATE SENTENCE

FORM CR 292

SUPERIOR
MUNICIPAL
JUSTICE } COURT OF CALIFORNIA, COUNTY OF ___ RIVERSIDE

COURT (I.D.) 3,3,1,0,0, BRANCH OR JUDICIAL DISTRICT: ___ RIVERSIDE

FILED JUL 13 1994

PEOPLE OF THE STATE OF CALIFORNIA versus

DEFENDANT: TONY MABRY    ☒ PRESENT    - A
AKA:    ☐ NOT PRESENT    - B
    - C
☐ COMMITMENT TO STATE PRISON AMENDED    - D
☐ ABSTRACT OF JUDGMENT    ☒ ABSTRACT XX    - E

DATE OF HEARING (MO) (DAY) (YR) 3-19-93    DEPT. NO. 62    JUDGE ROBERT D. MACOMBER    CLERK A. HATTON

REPORTER G. BREWER    COUNSEL FOR PEOPLE J. RUIZ    COUNSEL FOR DEFENDANT CDP-J. AQUILINA    PROBATION NO. OR PROBATION OFFICER

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
☐ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT ___ (NUMBER OF PAGES) ___

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | MO | DAY | YEAR | JURY | COURT TRIAL | PLEA | CONCURRENT | CONSECUTIVE | 654 STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187* | 1st MURDER | 90 | 04 | 17 | 91 | X |  |  |  |  |  |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC. For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add full time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022.5 | 5 |  |  |  |  |  |  |  |  | 5 |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) AND OTHER: List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b), list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 667 | 5 |  |  |  |  |  |  |  |  | 5 |
| | | | | | | | | | | |

4. Defendant was sentenced to State Prison for an indeterminate term:
A. ☒ For LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts ___    C. ☐ For 15 years to life, WITH POSSIBILITY OF PAROLE on counts ___
B. ☒ For LIFE WITH POSSIBILITY OF PAROLE on counts ___    D. ☐ For 25 years to life, WITH POSSIBILITY OF PAROLE on counts ___
E. ☐ For other term prescribed by law on counts ___    (Specify term on separate sheet if necessary.)
PLUS ☐ enhancement time shown above.

5. ☐ Indeterminate sentence shown on this abstract to be served ☐ consecutive to ☐ concurrent with any prior incompleted sentence(s).

6. Other Orders: (List all consecutive/concurrent sentence relationships, fines, etc. if not shown above)

DEFENDANT SENTENCED TO STATE PRISON FOR TOTAL INDETERMINATE SENTENCE OF 37 YEARS TO LIFE

COURT RESENTENCES DEFT, MATTER HAVING BEEN RETUNED ON A REMITTITUR FROM COURT OF APPEALS.
(Use an additional page if necessary.)

7. ☐ The Court advised the defendant of all appeal rights in accordance with rule 470, California Rules of Court. (AFTER TRIAL ONLY)

8. EXECUTION OF SENTENCE IMPOSED:
A. ☒ AT INITIAL SENTENCING HEARING    B. ☐ AT RESENTENCING PURSUANT TO DECISION ON APPEAL    C. ☐ AFTER REVOCATION OF PROBATION    D. ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))    E. ☐ OTHER ___

9. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR) 3-19-93    CREDIT FOR TIME SPENT IN CUSTODY 1,356    TOTAL DAYS    INCLUDING:    ACTUAL LOCAL TIME 904    LOCAL CONDUCT CREDITS 452    STATE INSTITUTIONS ☐ DMH    ☐ CDC

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
☐ FORTHWITH    INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:    ☐ CALIF. INSTITUTION FOR WOMEN—FRONTERA    ☐ CDMF—CHOWCHILLA    ☒ CALIF. INSTITUTIONS FOR MEN—CHINO    ☐ DEUEL VOC. INST.
☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS    ☐ WASCO.    ☐ SAN QUENTIN    ☐ R.J. DONOVAN
    ☐ OTHER (SPECIFY)

CLERK OF THE COURT
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE ___    DATE July 13, 1994

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for indeterminate sentences. Attachments may be used but must be referred to in this document.

Form Approved by the Judicial Council of California Effective January 1, 1993

ABSTRACT OF JUDGMENT - PRISON COMMITMENT - INDETERMINATE
CR 292

Pen. C. § 1213.5

DISTRIBUTION    PINK COPY—COURT FILE    YELLOW COPY—DEPARTMENT OF CORRECTIONS    WHITE COPY—ADMINISTRATIVE OFFICE OF THE COURTS

App: B - 3

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT
## INDETERMINATE SENTENCE

FORM CR 292

[x] SUPERIOR
[ ] MUNICIPAL  } COURT OF CALIFORNIA, COUNTY OF __RIVERSIDE__
[ ] JUSTICE

COURT (I.D.) __3 3 4 0 0__   BRANCH OR JUDICIAL DISTRICT: __SUPERIOR__

PEOPLE OF THE STATE OF CALIFORNIA versus      [x] PRESENT     CR37941    - A
DEFENDANT:  TONY MABRY                                                   - B
AKA:                                          [ ] NOT PRESENT            - C
COMMITMENT TO STATE PRISON       AMENDED                                 - D
ABSTRACT OF JUDGMENT             ABSTRACT [x]                            - E

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 03 19 93 | 62 | ROBERT D. MACOMBER | A. HATTON |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| G. BREWER | J. RUIZ | CDP J. AQUILINA | |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
   [x] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT __1__ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY JURY TRIAL | COURT TRIAL | PLEA | CONCURRENT | CONSECUTIVE | 654 STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187* | 1st MURDER | 90 | 04 | 17 | 91 | x | | | | | |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.: For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022.5 | 5 | | | | | | | | | 5 0 |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) AND OTHER: List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b), list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 667 | 5 | | | | | | | | | 5 0 |

4. Defendant was sentenced to State Prison for an indeterminate term:
   A. [ ] FOR LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts ____   C. [x] For 15 years to life, WITH POSSIBILITY OF PAROLE on counts __1__
   B. [ ] FOR LIFE WITH POSSIBILITY OF PAROLE on counts ____   D. [ ] For 25 years to life, WITH POSSIBILITY OF PAROLE on counts ____
   E. [ ] For other term prescribed by law in counts ____ (Specify term on separate sheet if necessary.)
   PLUS enhancement time shown above.
5. [ ] Indeterminate sentence shown on this abstract to be served [ ] consecutive to [ ] concurrent with any prior incompleted sentence(s).
6. Other Orders: (List all consecutive/concurrent sentence relationships, fines, etc. if not shown above)

(Use an additional page if necessary.)
7. [x] The Court advised the defendant of all appeal rights in accordance with rule 470, California Rules of Court. (AFTER TRIAL ONLY)

8. EXECUTION OF SENTENCE IMPOSED:
   A. [ ] AT INITIAL SENTENCING HEARING   B. [x] AT RESENTENCING PURSUANT TO DECISION ON APPEAL   C. [ ] AFTER REVOCATION OF PROBATION   D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))   E. [ ] OTHER _____

9. | DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR) | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | STATE INSTITUTIONS | |
   |---|---|---|---|---|---|---|
   | 03 19 93 | 1,356 | INCLUDING: | 904 | 452 | | [ ] CDC |

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
    [x] FORTHWITH   INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
    [ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
    [ ] CALIF. INSTITUTION FOR WOMEN—FRONTERA   [ ] CCWF—CHOWCHILLA   [x] CALIF. INSTITUTIONS FOR MEN—CHINO
    [ ] WASCO   [ ] SAN QUENTIN   [ ] R.J. DONAVAN
    [ ] OTHER (SPECIFY)

CLERK OF THE COURT
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.                                    — App: B – 4

| DEPUTY'S SIGNATURE | DATE |
|---|---|
| Sally May Hatton | December 13, 1995 |

This form is prescribed under Penal Code § 1213 to satisfy the requirements of § 1213 for indeterminate sentences. Attachments may be used but must be referred to in this document.

Form Approved by the
Judicial Council of California
Effective January 1, 1993

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – INDETERMINATE**
CR 292

Pen. C. § 12135

( A P P E N D I X - C )


Appendix C: 1 thru 5

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                                                    PETE WILSON, *Governor*

# DEPARTMENT OF CORRECTIONS

Legal Processing Unit
P.O. Box 942883
Sacramento, CA  94283-0001
(916)  323-7407

April 30, 1992

Honorable Robert D. Macomber
Judge of the Superior Court
County of Riverside
4100 Main Street
Riverside, CA  92501

Re:  MABRY, Tony
CDC No.:  D-90450
Case No.:  CR37941
Date of Sentence:  May 24, 1991

Dear Judge Macomber:

A review of the documents delivered with the above-named inmate indicates the
Abstract of Judgment may be in error, or incomplete, for the following reasons:

The Determinate Abstract of Judgment reflects Count 4, PC246 Shoot at Vehicle,
with an upper term of seven(7) years, plus an enhancement of five(5) years pursu-
ant to PC12022.5(a) Use of Firearm.

It is our understanding PC12022.5(a) would be an element of the offence for
PC246, discribed in the Penal Code as, <u>Discharge of Firearm</u> at inhabited
dwelling, vehicle, or aircraft.  Therefore, it appears this enhancement should be
stayed or stricken.

Please review your file to determine if a correction is required.  We would
appreciate your providing a certified copy of any Minute Order or modified
Abstract of Judgment to this Department.  May we also request the attached copy
of this letter be returned with your response.

Sincerely,

SHERYL MILLER
Correctional Case Records Manager

*Peggy Francisco*

By:  PEGGY FRANCISCO
     Correctional Case Records Specialist

Attachments

cc:  District Attorney
     Defense Counsel
     Inmate
     C-File                                                        App:  C - 1

SM:PF:jh

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY

*Cal*

PETE WILSON, *Governor*

**DEPARTMENT OF CORRECTIONS**
Legal Processing Unit
P.O. Box 942883
Sacramento, CA  94283-0001
(916) 323-7402

*Third*    **REQUEST**

We have not received an answer to our
first letter. In order to process the
legal documents on Subject's commitment
in a timely manner, we would appreciate
a response by the Court as early as
possible. Thank you.

July 21, 1995

Honorable Robert D. Macomber
Judge of the Superior Court
County of Riverside
4100 Main Street, Room 110
Riverside, CA  92501

10|13|95

Date    Corr. Case Records Specialist

Re.: MABRY, Tony
CDC No.: D90450
Court Case No.: CR37941
Date of Sentence:  March 19, 1993

Dear Judge Macomber:

A review of the documents received for the above-named inmate
indicates the Abstract of Judgment/Minute Order may be in error,
or incomplete for the following reasons:

The Abstract of Judgment reflects Count 4 enhancement PC 12022.5
Use of a Firearm with the offense on Count 4 PC 246 Shoot at
Dwelling which is the element of the offense.

In addition, the Abstract of Judgment also reflects on item
number 6, Other Order, "DEFENDANT SENTENCED TO STATE PRISON FOR
TOTAL INDETERMINATE SENTENCE OF 37 YEARS TO LIFE."  However,
Count 1 has a total term of 35 years and Count 4 has a total term
of 7 years which equal 42 years to Life not counting the
enhancement on Count 4 PC 12022.5 which is the element of the
offense.  Please clarify.

We request an expeditious review of your file.  If a correction
is required, please provide a certified copy of the Minute Order
or modified Abstract of Judgment to this Department so that our
records will accurately reflect the order of the Court.  May we
also request the attached copy of this letter be returned with
your response.

Sincerely,

DELORIS PASCHAL
Correctional Case Records Manager

By: JOHNNY R. GALVAN
    Correctional Case Records Specialist

    Attachments

cc:  Defense Counsel    District Attorney    Inmate

App: C - 2

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                                    GRAY DAVIS, *Governor*

**DEPARTMENT OF CORRECT    .S**
**Legal Processing Unit**
**P.O. Box 942883**
**Sacramento, CA 94283-0001**
**(916) 327-6873**

November 12, 1999

The Honorable Robert D. Macomber
Judge of the Superior Court, Dept. 62
County of Riverside
4100 Main Street
Riverside, CA  92501

Re:  MABRY, Tony
CDC No.:  D90450
Case No.:  CR37941
Date of ReSentence:  March 19, 1993

Dear Judge Macomber:

A review of the documents delivered with the above-named inmate indicates the Abstract of Judgment may be in error, or incomplete, for the following reasons:

The Resentence Abstract reflects Count 1, PC 187, Murder 1st with a term of 15 years to Life imposed; however, the term for this offense is 25 years to Life.  It is noted, that Count 1 was originally sentenced to 25 years to Life.  Please clarify.

Please review your file to determine if a correction is required.  When notified by the Department of Corrections that an illegal sentence exists, the trial court is entitled to reconsider all sentencing choices, *People v. Hill* 185 Cal.App.3d 831.  We would appreciate you providing a **certified copy of any Minute Order or modified Abstract of Judgment** to this Department.  May we also request the attached copy of this letter be returned with your response.  If this case is under appellate review, please forward a copy of this letter to the appellate attorney.

Sincerely,

KATHY MOORE
Correctional Case Records Manager

*Elisabeth R. Ray*

By:  ELISABETH R. RAY
        Correctional Case Records Analyst

cc:  District Attorney
        Criminal Defense Panel
        Inmate
        C-File

*Recd 3-15-2000*

EGAL STATUS SUMMARY  TYPE-  D    LAC       ** DISCREPANT **  08/06/98 01:15

```
---------------------------------------------------------------------
  CDC NUMBER  |  NAME                          |ETHNIC|    BIRTHDATE
  D90450      |  MABRY,TONY                    | BLA  |   09/03/1968
---------------------------------------------------------------------
  TERM STARTS | LIFE TERM STARTS     MIN ELIGIBLE PAROLE DTE |
  03/19/1993  |    04/26/2001            12/25/2017          |
---------------------------------------------------------------------
                                               |  PAROLE PERIOD
ASE TERM 25/00 + ENHCMNTS  17/00 = TOT TERM  42/00 TO LIFE |LIFE
---------------------------------------------------------------------
```

PRE-PRISON + POST SENTENCE CREDITS
CASE     P2900-5 P1203-3 P2900-1 CRC-CRED MH-CRED P4019   P2931 POST-SENT  TOT
------------------------------------------------------------------------------
CR37941A     240              665                 120      533              1558

NOTIFICATION REQUIRED PER PC290.2
NOTIFICATION REQUIRED PER PC3058.6

DOC. HEARING: 04/2004    DEFENSE ATTORNEY:  AQUILINA,J
INIT. HEARING: 11/2016   INVESTIGATING AGENCY:  PD/PERRIS

```
---------------------------------------------------------------------
  RECV DT/ COUNTY/    CASE    SENTENCE DATE            CREDIT    OFFENSE
    CNT      OFF-CODE  DESCRIPTION                     CODE       DATE
---------------------------------------------------------------------
```
CONTROLLING PRINCIPAL & CONSECUTIVE   (INCLUDES ENHANCEMENTS/OFFENSES):

--CONTROLLING CASE --
 3/19/1993  RIV   CR37941A     3/19/1993
                  01 P667(A)    01 PFC SERIOUS                    1
  01 P187        MURDER 1ST                                      32  09/28/1990
                  P12022.5(A)   02 USE F'ARM                      1
  04 P246        DISCH FIRARM I/D                   CS            1  09/28/1990

```
---------------------------------------------------------------------
 WTIP WAIVER               BEGINNING   CREDIT    TOTAL    TOTAL      NET
    DATE                    BALANCE    APPLIED    LOST   RESTORED   TOTAL
 03/19/1993                  1192       1702      510      0        1192
```

REDITS AUTO RE-VESTED PER PC-2934 :     0

```
---------------------------------------------------------------------

---------------------------------------------------------------------
 TRAN                         RULE  _____D A Y S_____
 TYPE   DATE    END DATE LOG NUMBER  NUMBER  ASSESS LOST REST DEAD
---------------------------------------------------------------------
 BEG 07/07/1988          ******BEG BAL*******
 ADD 06/11/1991          CR37941
     CURRENT PC BALANCE:  761          CURRENT BC BALANCE:    2283
---------------------------------------------------------------------
```

APP: C - 4

ISCREPANCY AND WARNING ERRORS                                08-06-1998

        D90450  MABRY,TONY


ASE=CR37941A ID=C
 CNT=004 TIME IMPOSED NE 1/3 MIDDLE TERM FOR 1/3 CS OFFENSE
ASE=        ID=
 END DATE FOR CREDIT CODE 1 IS 04/26/2001.
ASE=CR37941A ID=C
   1170.1(A) NOT APPLIED OR APPLIED INAPPROPRIATELY



                         Further notation on (CDCR'S)
                         realigned computation of
                         petitioners term...
                             (Appendix: "C 4 & 5")


                         On (page C-4):

                         Realigning the original 7yr.
                         (principal) into 25yr.
                         (subordinate) term....
                             (25 + 7 = 32)

                         On (page C-5):

                         Realigning Cnt.-4 prin. 7yrs.
                         into A sub. 1/3 term of 5yrs.


                                              App: C - 5

(A P P E N D I X - D )


Appendix D: 1 thru 3


appendix D: 1,2,3

(2) Defendant was not adjudged a habitual criminal within the meaning of Subdivision _____ of Section 644 of the Penal
(was or was not)                                                                          (a or b)

Code; and the defendant is not a habitual criminal in accordance with Subdivision (c) of that Section.
(is or is not)

(3) IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the said defendant be punished by imprisonment in
the State Prison of the State of California for the term provided by law, and that he be remanded to the Sheriff of the County
of ......RIVERSIDE................ and by him delivered to the Director of Corrections of the State of California at ..........

........CHINO, CALIFORNIA........................................................................................................

It is ordered that sentences shall be served in respect to one another as follows (concurrently or consecutively as to each count):

Sentence to 25 Years to Life, Counts 2 & 4 to run Consecutive to Count

1 for a Total of: 42 Years and 8 Months. (See DSL290 as to Cts 2 & 4)

........................................................................................................................................,

and in respect to any prior incompleted sentence(s) as follows (concurrently or consecutively as to all incomplete sentences
from other jurisdictions):

........N/A........................................................................................................

(4) To the Sheriff of the County of ....RIVERSIDE............... and to the Director of Corrections at the .......................

CALIFORNIA INSTITUTE FOR MEN, CHINO, CALIFORNIA........................................................,

pursuant to the aforesaid judgment, this is to command you, the said Sheriff, to deliver the above-named defendant into the
custody of the Director of Corrections at ..THE CALFIRONIA INSTITUTE FOR MEN, CHINO...........,

California, at your earliest convenience.

Witness my hand and seal of said court

this ....6th............ day of June, 1991..................................,

..........ARTHUR SIMS............................................ Clerk,

by _N. Martinez_        N. MARTINEZ........ Deputy

State of California,                    }
County of ....RIVERSIDE........          } ss.

    I do hereby certify the foregoing to be a true and correct abstract of judgment duly

SEAL        made and entered on the minutes of the Superior Court in the above entitled action as

provided by Penal Code Section 1213.

Attest my hand and seal of the said Superior Court this 6th day of ..June..........,

19..91.

ARTHUR SIMS BY: _N. Martinez_ N. MARTINEZ, DEPUTY

County Clerk and Ex-Officio Clerk of the Superior Court of California in and for the County of —

RIVERSIDE..................................................

The Honorable ..ROBERT D. MACOMBER.................................,

Judge of the Superior Court of the State of California, in and for the County of ........

RIVERSIDE

NOTE: If probation was granted in any sentence of which abstract of judgment is certified, attach

APP: D - 1

(2) Defendant _was not_ adjudged a habitual criminal within the meaning of Subdivision ____ of Section 644 of the Penal
(was or was not)                                                                                (a or b)

Code; and the defendant _is not_ a habitual criminal in accordance with Subdivision (c) of that Section.
(is or is not)

(3) IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the said defendant be punished by imprisonment in

the State Prison of the State of California for the term provided by law, and that he be remanded to the Sheriff of the County

of ............ RIVERSIDE ............ and by him delivered to the Director of Corrections of the State of California at ........

CHINO, CALIFORNIA

It is ordered that sentences shall be served in respect to one another as follows (concurrently or consecutively as to each count):

Count 1: Sentenced to 25 years to LIFE. Counts 2 & 4 ordered served consecutive

to Count 1: TOTAL FIXED TERM -- 37 YEARS 8 MONTHS TO LIFE. (See DSL 290 amended

5-26-92)

and in respect to any prior incompleted sentence(s) as follows (concurrently or consecutively as to all incomplete sentences

from other jurisdictions):

Not Applicable

(4) To the Sheriff of the County of ...... Riverside ...... and to the Director of Corrections at the ......

California Institution for Men at Chino, California

pursuant to the aforesaid judgment, this is to command you, the said Sheriff, to deliver the above-named defendant into the

custody of the Director of Corrections at ...... C.I.M., CHINO ......

California, at your earliest convenience.

Witness my hand and seal of said court

this ...... 6th ...... day of ...... June, 1991 ......

ARTHUR A. SIMS, Executive Officer and ...... Clerk,

by _____ S. DeHaro, Deputy

State of California,

County of ...... RIVERSIDE ...... } ss.

I do hereby certify the foregoing to be a true and correct abstract of judgment duly

made and entered on the minutes of the Superior Court in the above entitled action as

provided by Penal Code Section 1213.

SEAL

Attest my hand and seal of the said Superior Court this 6th day of ...... June ......,

19 91.

ARTHUR A. SIMS, Executive Officer/Clerk by _____ Dep.

County Clerk and Ex-Officio Clerk of the Superior Court of California in and for the County of —

Riverside

The Honorable ...... ROBERT D. MACOMBER ......

Judge of the Superior Court of the State of California, in and for the County of ......

Riverside

APP: D - 2

NOTE: If probation was granted in any sentence for which abstract of judgment is certified, attach
a minute order reciting the fact and imposing sen: e or ordering a suspended sentence into effect.

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT

FORM DSL 29

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | RIVERSIDE |
|---|---|
| COURT I.D. | BRANCH | RIVERSIDE |

COURT I.D.  3  13 1 1  0  0

| PEOPLE OF THE STATE OF CALIFORNIA versus | | CASE NUMBER (S) | |
|---|---|---|---|
| DEFENDANT: TONY MABRY | ☒ PRESENT | CR37941 | -A |
| AKA: | | | -B |
| COMMITMENT TO STATE PRISON | ☐ NOT PRESENT | | -C |
| ABSTRACT OF JUDGMENT | AMENDED | | -D |
| | ABSTRACT ☐ | | -E |

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO | JUDGE | CLERK |
|---|---|---|---|
| 05 24 91 | 07 | ROBERT D. MACOMBER | R. ABILEZ |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| G. BREWER | JOHN RUIZ | JOHN AQUILINA (CDP) | |

**1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS):**

☐ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT      (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY | | | SENTENCE RELATION | | | | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PC | 12021 | Felon w/gun | 90 | 04 | 17 | 91 | X | U | | | X | | | | 8 |
| 4 | PC | 246 | Shoot At Veh/Dwell | 90 | 04 | 17 | 91 | X | U | | | X | | | | |

**2. ENHANCEMENTS** charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC. For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022.5 | S | | | | | | | | | |
| 4 | 12022.5(A) | .05 | | | | | | | | | |

**3. ENHANCEMENTS** charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER. List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b) list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 667 | 5 | | | | | | | | | 5 |
| Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Enhancement | Yrs or 'S' | Total |

**4. INCOMPLETED SENTENCE(S) CONSECUTIVE:**

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | |

**5. OTHER ORDERS** As to Enhancement 1 is Stayed not Stricken. See Indeterminate Abstract as to Count 1 **25 Years to Life**

Use additional sheets of plain paper if necessary.

**6. TOTAL TERM IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):**

**7. TIME STAYED TO COMPLY WITH 5-YEAR OR 10-YEAR LIMIT ON SUBORDINATE TERMS, DOUBLE-BASED-TERM LIMIT, ETC. (Do not include § 654 stays or discretionary stays of term for enhancements.)**

**8. TOTAL TERM IMPOSED:**    17 8

**9. EXECUTION OF SENTENCE IMPOSED:**

| A. ☐ AT INITIAL SENTENCING HEARING | B. ☐ AT RESENTENCING PURSUANT TO DECISION ON APPEAL | C. ☐ AFTER REVOCATION OF PROBATION | D. ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d) | E. ☐ OTHER |
|---|---|---|---|---|

**10. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR)**
05 24 91

| CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS 360 | INCLUDING: | ACTUAL LOCAL TIME 240 | LOCAL CONDUCT CREDITS 120 | STATE INSTITUTIONS | ☐ DMH | ☐ CDC |
|---|---|---|---|---|---|---|---|

**11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:**

☒ FORTHWITH
☐ AFTER 48 HOURS, EXCLUDING SATURDAYS SUNDAYS AND HOLIDAYS

INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:

☐ CALIF. INSTITUTION FOR WOMEN – FRONTERA
☐ CALIF. MEDICAL FACILITY – VACAVILLE
☒ CALIF. INSTITUTION FOR MEN – CHINO
☐ DEUEL VOC. INST.
☐ SAN QUENTIN
☐ OTHER (SPECIFY):

**CLERK OF THE COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE |
|---|---|
| J. Martinez | 06/06/91 |

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted by the Judicial Council of California Effective April 1, 1990

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT
### FORM DSL 290

Pen.C. 1213.5

DISTRIBUTION:    PINK COPY – COURT FILE        YELLOW COPY – DEPARTMENT OF CORRECTIONS        WHITE COPY – ADMINISTRATIVE OFFICE OF THE COURTS

App : D – 3

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

**Tony Mabry**

FILED

MAY 2 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

L. E. Scriner

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** Imperial
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**Tony Mabry**
**PO Box 5004**
**Calipatria, CA 92233**
**D-90450**

ATTORNEYS (IF KNOWN)

'08 CV 0965 BEN LSP

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding    ☐ 2 Removal from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23    DEMAND $    Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**    JUDGE    Docket Number

DATE    5/27/2008

SIGNATURE OF ATTORNEY OF RECORD

Rmelli