FILED

2008 JUL 22 PM 3:26

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

08CV0965 BEN (LSP)

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

\# 153235    -- TC

July 22, 2008
15:21:15

**Habeas Corpus**
USAO #.: 08-0965
Judge..: ROGER T BENITEZ
Amount.:                    $5.00 MO
Check#.: 53-51726563

Total--> $5.00

FROM: TONY MABRY
      MABRY VS. SCRIBNER