1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  JESSICA N. BLONIEN
   Supervising Deputy Attorney General
5  KATHLEEN R. FREY, State Bar No. 249417
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-3034
    Fax: (619) 645-2581
9   Email: Kathleen.Frey@doj.ca.gov

10 Attorneys for Respondent

**REJECTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| TONY MABRY, | 08-CV-0965 BEN (LSP) |
|---|---|
| Petitioner, | **RESPONDENT'S NOTICE OF MOTION AND MOTION TO DISMISS; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES** |
| v. | |
| L.E. SCRIBNER, WARDEN, ET AL., | |
| Respondent. | Judge: The Honorable Leo S. Papas |

**TO TONY MABRY, IN PRO PER:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 2254 and Rule 4 of the Rules Governing § 2254 cases in the United States District Courts, Respondent moves the Court for an order dismissing the above-entitled action on the ground that: (1) Petitioner did not exhaust his state court remedies; (2) Petitioner filed an untimely Petition beyond the one-year statute of limitations; and (3) the Petition is unsupported by sufficient facts, is vague, conclusory, and unintelligible. This motion is based on the notice and motion; the supporting memorandum of points and authorities and exhibits; and the pleadings, records, and files in this action.

//