1-of-2  ORIGINAL

8-7-08

TONY MABRY
CSP - CAL IV
P.O. BOX 5004
CALIPATRIA, CA 92233
CDC# D-90450

CIV. NO. 08-CV-0965


FILED
AUG 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DEAR CLERK: U.S.D.C. S-DIST.

I (TONY MABRY) SENT A MOTION TO THIS DIST. CRT. DATED (8-3-08).

PETITIONER REQUESTING THIS CRT. TO HAVE RESPONDANT TO PROVIDE PETITIONER WITH STATE RECORD. 10-ITEM LIST.

TONY MABRY                                    CIV. NO. 08-CV-0965 BEN(LSP)
       V
L.E. SCRIBNER (WARDEN)

PLEASE EXCUSE THE "LARRY SMALLS" ON THE FACE PAGE of MOTION - THE WARDEN AT CAL IV IS ?
                    (PETITION) 1-AMEND

CAN I PLEASE HAVE A COPY of the status of "MOTION for STATE RECORD" & COPY of ENTIRE MOTION." (PRO SE) INDIGENT INMATE (IFP)

28 USC 1915

I also want this notice filed & made note of Southern District Reception to clear up any later discrepancy's with the warden's name on any of my prior or future lodgements with this CRT.

Thank you for your time:

Tony Mabry

Proof of Service Enclosed: 8-7-08
8-7-08

# VERIFICATION

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, __TONY MABRY__ DECLARE UNDER PENALTY OF PERJURY
THAT: I AM THE __PETITIONER__ IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __7TH__ DAY OF: __AUG.__ 20__08__ AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) __Tony Mabry D-90450__
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, __TONY MABRY__ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002, CALIPATRIA, CALIFORNIA #92233-5002.

ON __8-7__ 20__08__ I SERVED THE FOREGOING: __TWO PAGE NOTICE TO RECEIVE NOTICE OF MOTION FOR STATE RECORD/8-3-08 & CLEAR UP NAME OF WARDEN ON PET. DOCUMENTS & TO RECEIVE COPYS OF MOTION)__
(SET FORTH EXACT TITLE OF DOCUMENTS SERVED) DATED (8-3-08)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

U.S.D.C S-DIST.
OFFICE OF THE CLERK
ROOM 1290
880 FRONT ST.
SAN DIEGO, CA 92101-8900

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __8-7-08__
      __8-7-08__

__Tony Mabry__
(DECLARANT/PRISONER)