**FILED**

2008 AUG 18  PM 1:43

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARBRY,<br><br>                              Petitioner,<br><br>                    v.<br><br>L. E. SCRIBNER, Warden,<br><br>                              Respondent. | Civil No.    08-0965 BEN (LSP)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AS MOOT** |

On May 27, 2008, Petitioner, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On June 12, 2008, the Court dismissed the case for, among other things, failure to satisfy the filing fee. On July 22, 2008, Petitioner, paid the $5.00 filing fee. On August 1, 2008 the Court reopened the case and set a briefing schedule. Subsequently, on August 7, 2008, Petitioner filed a motion to proceed in forma pauperis. Because Petitioner has paid the filing fee, the Court **DENIES** Petitioner's application to proceed in forma pauperis as moot.

**IT IS SO ORDERED.**

DATED: _____            _____

                                        Roger T. Benitez
                                        United States District Judge