TONY MABRY
CSP-CALIPATRIA
P.O. BOX 5004
CALIPATRIA, CA. 92233
CDC NO. D-90450

NUNC PRO TUNC
AUG 1 8 2008

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| TONY MABRY | CIV. NO. 08-CV-0965 BEN (LSP) |
| | MOTION & DECLARATION FOR APPOINTMENT OF COUNSEL: PURSUANT TO: COHEN/COOPERS FACTOR: |
| V | 18 USC 3006 (A) |
| (WARDEN) LARRY SMALLS | AFTER PREVIOUS DENIAL IN DISTRICT COURT. |

FILED
AUG 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PETITIONER MOVES THIS COURT TO APPOINT COUNSEL TO CONCLUSIVELY DETERMINE DISPUTED QUESTIONS OF THE VALIDITY OF PETITIONERS COMMITMENT DOCUMENTS THAT HAVE BEEN USED TO ILLEGALLY DETAIN PET. IN CUSTODY. PETITIONERS ENTIRE CASE HINGES ON A CONCLUSIVE DETERMINATION OF THE FOREGOING DOCUMENTS.

PETITIONER WAS PREVIOUSLY DENIED COUNSEL (3-19-08 CIV NO. 3:08-CV-00467-JM-AJB) PRE-DISCOVERY TO DETERMINE THE VALIDITY OF ABSTRACTS/COMMITMENT DOCUMENTS.

PETITIONER IS CURRENTLY BEFORE U.S.D.C. SAN DIEGO-CIV. NO. 08-CV-0965 BEN (LSP) TONY MABRY V. LARRY SMALLS.

RECEIVED
KATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
AUG 0 4 2008



-1-

1 | COUNSEL SHOULD BE APPOINTED TO PETITIONER BECAUSE <u>DISCOVERY</u>
2 | IS VERY IMPORTANT IN REGARDS TO BOLSTERING PETITIONERS CLAIMS.
3 | PETITIONER CAN (NOT) DETERMINE (PRO SE) THE VALIDITY OF MULTIPLE
4 | COMMITMENT DOCUMENTS.
5 | (CITE) <u>COOPERS & LYBRAND V LIVESAY</u>, 437 U.S. 468 (1978);
6 | (CITE) <u>WEYGANT V LOOK</u>, SUPRA, 718 F.2D AT 954;

28 USC 1915

<u>BOAG V MACDOUGALL</u>, 454 U.S. 364 (1982);

RESPECTFULLY SUBMITTED: _/s/ Tony Madux_

DATE: 7-31-08

## VERIFICATION

**STATE OF CALIFORNIA**
**COUNTY OF IMPERIAL**

( C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746 )

I, TONY MABRY, DECLARE UNDER THE PENALTY OF PERJURY THAT: I AM THE PETITIONER IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 30TH DAY OF JULY, 2008, AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002

(SIGNATURE) Tony Mabry D-90950
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

( C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746 )

I, TONY MABRY, AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA; I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002, CALIPATRIA, CALIFORNIA 92233-5002

ON 7-31, 2008 I SERVED THE FOREGOING:

2-PAGE MOTION FOR COUNSEL BECAUSE OF PREVIOUS DENIAL

(SET FORTH EXACT TITLE OF DOCUMENT(S) SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
95 SEVENTH STREET
POST OFFICE BOX 193939
SAN FRANCISCO, CA 94119-3939

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: 7-31, 2008, Tony Mabry
(DECLARANT/PRISONER)

TONY MABRY D-90950
P.O. BOX 5004
CALIPATRIA, CA 92233
B4-138

DEAR CLERK: UNITED STATES CRT. OF APPEALS FOR NINTH CIRCUIT

PLEASE EXCUSE THE OUTER ADDRESSEE.

I'ME CIRCUMVENTING MAIL REPRISALS
FROM PRISON OFFICIALS.

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

AUG 04 2008

FILED_____
DOCKETED_____

Thank you

Tony Mabry
7-31-08